# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

### OFFICE OF THE CLERK
### 501 "I" Street
### Sacramento, CA 95814



**ORIGINAL FILED**
JAN 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Northern District of California
450 Golden Gate Avenue
PO Box 36060
San Francisco, CA 94102

E-filing

| | |
|---|---|
| **RE:** | **ALFRED R SOSA vs.  R. HOREL** |
| **USDC No.:** | **2:08–CV–00100–LEW–DAD** |

## CV 08    0717
## MHP    (PR)

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated January 22, 2008 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 4.**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**January 22, 2008**       /s/  **D. Duong**
_____

Deputy Clerk

RECEIVED BY: _____

Please Print Name

DATE RECEIVED: _____ 1/30/08 _____

NEW CASE
NUMBER: **CV 08    0717    MHP    (PR)**

E-filing

AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

530

# United States District Court

District EASTERN DISTRICT OF CALIFORNIA

| Name ALFRED R. SOSA | Prisoner No. # C44192 | Case No. |
|---|---|---|

Place of Confinement
PELICAN BAY STATE PRISON
P.O. BOX 7500 - D4-101
CRESCENT CITY, Cal. 95531

| Name of Petitioner (include name under which convicted) ALFRED R. SOSA | V. | Name of Respondent (authorized person having custody of petitioner) MR. R. HOREL WARDEN PELICAN BAY STATE PRISON |
|---|---|---|

The Attorney General of the State of: CALIFORNIA
MR. JERRY BROWN

**PETITION**                    08-cv-100 LEW DADP

1. Name and location of court which entered the judgment of conviction under attack SACRAMENTO SUPERIOR Court, SACRAMENTO, CALIFORNIA

FILED

2. Date of judgment of conviction MARCH 10, 1982

JAN 14 2008

3. Length of sentence SEVEN YEARS to LIFE

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

4. Nature of offense involved (all counts) P.C.§187 (murder) 1st degree; P.C.§12022.5 (firearm); P.C.§182.1 (Conspiracy to murder); P.C.§12020 (Possession of a sawed-off shotgun) P.C.§12021 (Ex-felon Concealable firearm); THREE PRIOR FELONY CONVICTIONS DISMISSED.

5. What was your plea? (Check one)
(a) Not guilty ☐
(b) Guilty ☒
(c) Nolo contendere ☐
If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

CONSPIRACY to MURDER; POSSESSION OF A SAWED-OFF Shotgun; EX-FELON CONCEALABLE FIREARM; THREE PRIOR CONVICTIONS DISMISSED

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
(a) Jury ☐  N/A
(b) Judge only ☐

7. Did you testify at the trial?
Yes ☐ No ☐   N/A

8. Did you appeal from the judgment of conviction?
Yes ☒ No ☐

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

(a) Name of court   SUPERIOR COURT SACRAMENTO COUNTY

(b) Result   DENIED

(c) Date of result and citation, if known   Aug. 3, 2007 Superior Court # No 07F06059

(d) Grounds raised   COMPLIANCE OF CAL. Code. Regs. T.T. 15 § 2306(b) AN ERROR

OF INCORRECT DATE OF COMMITMENT AND CRIME COMMITTED.

(e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

(1) Name of court   THIRD DISTRICT APPELLATE COURT CALIFORNIA

(2) Result   DENIED P.C. § 1170

(3) Date of result and citation, if known   Oct. 18, 2007 # C057081

(4) Grounds raised   CAL. Code Regs T.T. 15 § 2306(b) ANNUAL PAROLE

CONSIDERATION HEARING; CCR § 7292(a) RETROACTIVITY

(f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

(1) Name of court   N/A

(2) Result   N/A

(3) Date of result and citation, if known   N/A

(4) Grounds raised   N/A

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ☐  No ☒

11. If your answer to 10 was "yes," give the following information:
(a) (1) Name of court   N/A

(2) Nature of proceeding   N/A

(3) Grounds raised   N/A

AO 241 (Rev. 5/85)

_____

_____

_____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐ No ☐    N/A

    (5) Result   N/A

    (6) Date of result   N/A

(b)  As to any second petition, application or motion give the same information:

    (1) Name of court   N/A

    (2) Nature of proceeding   N/A

    (3) Grounds raised   N/A

_____

_____

_____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐ No ☐    N/A

    (5) Result   N/A

    (6) Date of result   N/A

(c)  Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?

    (1) First petition, etc.   Yes ☒  No ☐
    (2) Second petition,   Yes ☐  No ☐

(d)  If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

THIS IS MY FIRST petition of Compliance of ANNUAL PAROLE CONSIDERATION HEARING AND RetroActivity

_____

12.  State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
    CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(I) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: COMPLIANCE OF ANNUAL PAROLE CONSIDERATION HEARING: LAST PAROLE CONSIDERATION 4/6/06 DENIED 5 YEARS

Supporting FACTS (state *briefly* without citing cases or law) ON 11/16/2007 Petition FOR REVIEW WAS FILED IN the CALIFORNIA Supreme court to REVIEW 3d App. DIST. CT OF SACRAMENTO. ON 12/19/2007 CAL. SUPREME COURT DENIED Petition REQUESTING ANNUAL PAROLE CONSIDERATION hearing when this RULE WAS Approved by Legislature and/or Congress of the STATE OF CALIFORNIA. Due to crimes committed PRIOR to 7/1/77

B. Ground two: Application OF RETROActivity provision

Supporting FACTS (state *briefly* without citing cases or law): ON 11/16/2007 Petition FOR REVIEW WAS FILED IN the CALIFORNIA Supreme court to REVIEW 3d App. DIST. CT. OF SACRAMENTO. ON 12/19/2007 CAL. SUPREME COURT DENIED Petition requesting application of RETROActivity provision, DUE TO CRIMES WERE committed prior to 7/1/77

(5)

AO 241 (Rev. 5/85)

C. Ground three: STATE STATUTE, FUNDAMENTAL RIghts both STATE
AND FEDERAL CONSTITUTIONS

Supporting FACTS (state *briefly* without citing cases or law): CREATED STATUTES Should APPLY
to ALL INMATES with CRIMES COMMITTED PRIOR to 7/1/77; APPROVAL
OF THESE LAWS by LEGISLATURE OR CONGRESS AND LEAVES NOTHING
to the judgment of the administrations OFFICIAL to DETERMINE,
OUR CONSTITUTION MANDATES to PROTECT INdiVidUALS AgiNst
ARbITRARY AND CAPRICIOUS STATE ACTION.

D. Ground four: N|A

Supporting FACTS (state *briefly* without citing cases or law): N|A

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: N|A

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐  No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing    N|A

(b) At arraignment and plea    N|A

AO 241 (Rev. 5/85)

(c) At trial _____N/A_____

(d) At sentencing _MR. WILLIAM J. OWEN   1401  21st  STREET RM 400_
_SACRAMENTO, California  95814_____

(e) On appeal _____N/A_____

(f) In any post-conviction proceeding _____N/A_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____N/A_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☒  No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐  No ☒
(a)  If so, give name and location of court which imposed sentence to be served in the future: _____

_____N/A_____

(b)  Give date and length of the above sentence: _____N/A_____

(c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐  No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.  Executed

_JAN. 2, 2008_____
       (date)

_Alfred R. Sosa_____
Signature of Petitioner

(7)

ALFRED R. SOSA   IN PRO SE

# PROOF OF SERVICE BY MAIL

I AM A RESIDENT OF PELICAN BAY STATE PRISON IN the COUNTY OF DEL NORTE CALIFORNIA. I AM OVER the age of 18. My RESIDENT ADDRESS IS:  ALFRED R. SOSA #C44192
                    P.O. BOX 7500 - D4 - 101
                    CRESCENT City, Cal. 95531

ON JAN 11 2008, I SERVED the petition under 28 U.S.C. § 2254 WRIT OF HABEAS CORPUS AS REQUIRED by institutional LEGAL MAIL SERVICE to be MAILED to: SUPREME COURT CALIFORNIA
                    OFFICE OF THE CLERK
                    350 MCALLISTER ST. RM 1295
                    SAN FRANCISCO, Cal. 94102

                    CALIFORNIA ATTORNEY GENERAL
                    P.O. BOX 944255
                    SACRAMENTO, Cal. 94244

I declare under penalty of perjury that the foregoing is true and correct.
EXECUTED ON JAN 11, 2008, AT PELICAN BAY STATE PRISON

                    _Alfred R. Sosa_
                    ALFRED R. SOSA
                    IN PRO SE

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA
Office of the Clerk

**Victoria C. Minor**
Clerk of Court

501 "I" Street
Sacramento, CA 95814

Divisional Office
2500 Tulare Street
Fresno, CA 93721

**January 14, 2008**

.

**Case Number:**    **2:08−CV−00100−LEW−DAD**

**Case Title:**    **ALFRED R SOSA,**             **vs.   R. HOREL,**

Dear Litigant,

You are hereby notified that the above case number has been assigned to your action. You are to include the complete case number on all documents sent to the court for filing in this case. Failure to do so results in delayed processing of your documents.

All matters in this action shall be sent to the following address until further notice:

Office of the Clerk
United States District Court
Eastern District of California
501 "I" Street , Suite 4−200
Sacramento, CA 95814

For timely processing of your pleadings or correspondence, please comply with our Local Rules of Court, in particular:

**Local Rule 5−133**  The court requires an original plus one copy of each document sent for filing. If you desire to receive a conformed copy for your records, you must send an original and two copies of your document and a pre−addressed postage−paid envelope for us to return your copy to you.

**Local Rule 5−135**  Once the defendant(s) have served a responsive pleading, you are under an ongoing duty to serve them with copies of all documents you submit to the court. A proof of service shall be attached to the original of any document lodged or filed with the court, showing the date, manner and place of service. A sample proof of service is attached.

**Local Rule 7−130**  Documents submitted to the court must be legible, on 8−½ " x 11" paper, with writing on one (1) side of the page only. Each separate document must be stapled at the top left corner and pre−punched with two (2) holes centered 2−¾" apart, ½" from the top edge of the page. Each page should be numbered consecutively at the bottom.

**Local Rule 7−132**  Every document submitted to the court must include your name, address and prisoner identification number in the upper left hand corner of the first page. The caption on the first page must include the title of this court, the title of the action, the case number assigned to this action (including all initials and letters that follow the number), and the title of your document. If you are pursuing more than one action in this court, you must submit a separate original document and the appropriate number of copies for each action in which you want the document filed.

**Local Rule 6‒142**  A request for extension of time must state the reason an extension is needed. A request for extension of time should be filed before the deadline in question.

**Local Rules 30‒250, 33‒250, 34‒250 and 36‒250**  Discovery requests or responses should not be submitted to the court unless they are relevant and necessary to support or oppose a motion at issue before the court.

**Local Rule 83‒182**  Each party appearing in propria persona is under a continuing duty to notify the Clerk and all other parties of any change of address.

**Other Provisions:**

**Request for Case Status**  The court will notify you as soon as any action is taken in your case. Due to the large number of civil actions pending before the court, THE CLERK IS UNABLE TO RESPOND IN WRITING TO INDIVIDUAL INQUIRES REGARDING THE STATUS OF YOUR CASE. As long as you keep the court apprised of your current address, you will receive all court decisions which might affect the status of your case.

**Copy Work**  The Clerk's Office does not provide copies of documents to parties. Copies of documents may be obtained from Attorney's Diversified Service (ADS) by writing to them at: 1424 21st Street, Sacramento, CA 95814, or by phoning 916‒441‒4396 or 916‒441‒4466. The court will provide copies of docket sheets at $0.50 per page. **Note: In Forma Pauperis** status does not include the cost of copies.

Victoria C. Minor
Clerk of Court
United States District Court

by: /s/ M. Plummer
Deputy Clerk

The following is a sample Proof of Service.   Pursuant to Rule 5 of the F.R.Cv.P. and Local Rule 5-135, each document filed after the court orders service in your case shall be served on opposing counsel and a proof of service attached to your document filed with the court.

---

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

(Case Title) _____

Plaintiff or Petitioner

V.                                                   Case Number: 2:99-CV-99999 ABC DFG
                                                     (example case no.)

_____
Defendant or Respondent

                                                     **SAMPLE PROOF OF SERVICE**

_____ ./

I hereby certify that on      (Date)_____, I served a copy

of the attached      (Title of Document Served and Filed)_____,

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said

enevelope in the United States Mail at      (Location of Mailing)_____:

**(List Name and Address of Each Defendant or Attorney Served)**

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Name of Person Completing Service)

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**ALFRED R SOSA,**
Plaintiff(s)/Petitioner(s),

vs.

CASE NO. **2:08-CV-00100-LEW-DAD**

**R. HOREL,**
Defendant(s)/Respondents(s).

---

**IMPORTANT**
**IF YOU CHOOSE TO CONSENT OR DECLINE TO CONSENT TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE, CHECK AND SIGN THE APPROPRIATE SECTION OF THIS FORM AND RETURN IT TO THE CLERK'S OFFICE.**

---

☐ **CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C Sec. 636(c)(1), the undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

Date: _____        Signature: _____

Print Name: _____
( ) Plaintiff/Petitioner  ( ) Defendant/Respondent
( ) Counsel for * _____

---

☐ **DECLINE OF JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to Title 28, U.S.C. Sec 636(c)(2), the undersigned acknowledges the availability of a United States Magistrate Judge but hereby declines to consent.

Date: _____        Signature: _____

Print Name: _____
( ) Plaintiff/Petitioner  ( ) Defendant/Respondent
( ) Counsel for * _____

---

*If representing more than one party, counsel must indicate name of each party responding.*

## NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE

## TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS

You are hereby notified in accordance with 28 U.S.C §636(c), F.R.Civ.P.73 and Local

Rule 73–305, the United States Magistrate Judges sitting in Sacramento and Fresno are available

to exercise the court's case dispositive jurisdiction and to conduct any or all case despositive

proceedings in this action, including motions to dismiss, motions for summary judgment, a jury

or nonjury trial, and entry of a final judgment. Exercise of this jurisdiction by a Magistrate Judge

is however, permitted only if all parties voluntarily consent. You may, without adverse

substantive consequences, withhold your consent, but this will prevent the court's case

dispositive jurisdiction from being exercised by a Magistrate Judge.

Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United

States Court of Appeals for the Ninth Circuit or, where appropriate, for the Federal Circuit in the

same manner as an appeal from any other judgment of a District Court.

Whether or not the parties consent to pursuant to 28 U.S.C. § 636(c) the assigned

Magistrate Judge will hear all motions except those case dispositive motions set forth in 28

U.S.C. § 636(b)(1)(A).

A copy of the Form for "Consent to / Decline of Jurisdiction of United States Magistrate

Judge" is attached hereto for pro per use and attorney information. This form is available in

fillable .pdf format on the court's web site at www.caed.uscourts.gov for all attorney ECF filers.

This form may be filed through CM/ECF or by pro se litigants at the appropriate Clerk's

Office location.

Office of the Clerk                      Office of the Clerk

501 I Street, Room 4–200                 2500 Tulare Street , Suite 1501

Sacramento, CA 95814                     Fresno, CA 93721

ALFRED R. SOSA # C44192
P.O. BOX 7500 - D4-101
CRESCENT City, Cal. 95531
IN PRO SE

**FILED**

FEB 1 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED R. SOSA<br>PETITIONER<br><br>V    ET. AL.<br>R. HOREL, WARDEN<br>RESPONDENT | No. 2:08-CV-00100 - LEW - DAD<br><br>CONSENT to Jurisdiction of<br>UNITED STATES Magistrates Judge |

IN ACCORDANCE with the PROVISIONS OF TITLE 28,
U.S.C. SEC. 636 (C)(1), the UNDER SIGNED hereby
VOLUNTARILY CONSENTS to hAVE A UNITED STATES
MAGISTRATE Judge CONDUCT ALL FURTHER proceedings
IN this CASE, iNCLUDiNG tRAIL AND ENTRY OF FINAL
judgMENT, with direct REVIEW by the NiNth
CIRCuit COurt, of APPEAL iN the EVENT AN APPEAL
is FILED.

DATED JAN. 20, 2008

_Alfred R. Sosa_
ALFRED R. SOSA
PETITIONER
IN PRO SE

(1)

AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

530

| **United States District Court** | District EASTERN DISTRICT OF CALIFORNIA | |
|---|---|---|
| Name<br>ALFRED R. SOSA | Prisoner No.<br>#C44192 | Case No. |
| Place of Confinement<br>PELICAN BAY STATE PRISON<br>P.O. BOX 7500 - D4-101<br>CRESCENT CITY, Cal. 95531 | | |
| Name of Petitioner (include name under which convicted)<br><br>ALFRED R. SOSA | V. | Name of Respondent (authorized person having custody of petitioner)<br>MR. R. HOREL WARDEN<br>PELICAN BAY STATE PRISON |

The Attorney General of the State of: CALIFORNIA
MR. JERRY BROWN

## PETITION

08-CV-100 LEW DADP

1. Name and location of court which entered the judgment of conviction under attack SACRAMENTO SUPERIOR
Court; SACRAMENTO, CALIFORNIA

**FILED**

2. Date of judgment of conviction   MARCH 10, 1982

JAN 14 2008

3. Length of sentence   SEVEN YEARS TO LIFE

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

4. Nature of offense involved (all counts)  P.C.§ 187 (murder) 1st degree; P.C.§ 12022.5 (firearm);
P.C.§ 182.1 (CONSPIRACY TO MURDER); P.C.§ 12020 (Possession OF A SAWED-OFF
Shotgun) P.C.§ 12021 (EX-FELON CONCEALABLE FIREARM); THREE PRIOR
FELONY CONVICTIONS DISMISSED.

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   CONSPIRACY TO MURDER; POSSESSION OF A SAWED-OFF Shotgun; EX-FELON
   CONCEALABLE FIREARM; THREE PRIOR CONVICTIONS DISMISSed

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐  N/A
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐  No ☐   N/A

8. Did you appeal from the judgment of conviction?
   Yes ☒  No ☐

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

(a) Name of court  SUPERIOR COURT  SACRAMENTO COUNTY

(b) Result  DENIEd

(c) Date of result and citation, if known  Aug. 3, 2007 Superior Court # No 07F06059

(d) Grounds raised  COMPLIANCE of CAL. Code. Regs. Tit. 15 § 2306(b) AN ERRUR
OF INCORRECT DATE OF COMMITMENT ANd CRIME Committed.

(e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

(1) Name of court  THIRD DISTRICT APPELLATE COURT CALIFORNIA

(2) Result  DENIED  P. C. § 1170

(3) Date of result and citation, if known  Oct. 18, 2007 # C057081

(4) Grounds raised  CAL. Code Regs Tit. 15 § 2306(b) ANNUAL PAROLE
CONSIDERATION HEARING; CCR§ 2292(a) RETROACTIVITY

(f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

(1) Name of court  N/A

(2) Result  N/A

(3) Date of result and citation, if known  N/A

(4) Grounds raised  N/A

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ☐  No ☒

11. If your answer to 10 was "yes," give the following information:
(a) (1) Name of court  N/A

(2) Nature of proceeding  N/A

(3) Grounds raised  N/A

AO 241 (Rev. 5/85)

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☐   N/A

(5) Result    N/A

(6) Date of result    N/A

(b) As to any second petition, application or motion give the same information:

(1) Name of court    N/A

(2) Nature of proceeding    N/A

(3) Grounds raised    N/A

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☐   N/A

(5) Result    N/A

(6) Date of result    N/A

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?

(1) First petition, etc.       Yes ☒   No ☐
(2) Second petition,          Yes ☐   No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

THIS is MY FIRST petition of Compliance OF ANNUAL Parole CONSIDERATION HEARING AND RetroActivity

_____

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
       CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(I) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: COMPLIANCE OF ANNUAL PAROLE CONSIDERATIONS HEARING: LAST PAROLE CONSIDERATION 4/6/06 DENIED 5 YEARS

Supporting FACTS (state *briefly* without citing cases or law) ON 11/16/2007 Petition FOR REVIEW WAS FILED IN the CALIFORNIA Supreme court to REVIEW 3d App. DIST. CT OF SACRAMENTO. ON 12/19/2007 CAL. SUPREME COURT DENIED Petition requesting ANNUAL PAROLE CONSIDERATION hearing when this RULE WAS Approved by Legislature AND/OR CONGRESS of the STATE OF CALIFORNIA. Due to crimes committed PRIOR to 7/1/77

B. Ground two: Application OF RETROACTIVITY provision

Supporting FACTS (state *briefly* without citing cases or law): ON 11/16/2007 Petition FOR REVIEW WAS FILED IN the CALIFORNIA Supreme COURT to REVIEW 3d App. DIST. CT, OF SACRAMENTO. ON 12/19/2007 CAL. SUPREME COURT DENIED Petition requesting Application OF RETROACTIVITY provision, DUE TO CRIMES WERE COMMITTED prior to 7/1/77

(5)

AO 241 (Rev. 5/85)

C. Ground three: STATE STATUTE, FUNDAMENTAL Rights both STATE AND FEDERAL CONSTITUTIONS

Supporting FACTS (state *briefly* without citing cases or law): CREATED STATUTES Should APPLY to ALL INMATES with CRIMES COMMITTED PRIOR to 7/1/77; APPROVAL OF these LAWS by LEGISLATURE OR CONGRESS AND LEAVES Nothing to the judgMENT of the administrations OFFICAL to DETERMINE, OUR CONSTITUTION MANDATES to PROTECT INDIVIDUALS AGAINST ARBITRARY AND CAPRICIOUS STATE ACTION.

D. Ground four: N|A

Supporting FACTS (state *briefly* without citing cases or law): N|A

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: N|A

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
Yes ☐    No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
(a) At preliminary hearing   N|A

(b) At arraignment and plea   N|A

AO 241 (Rev. 5/85)

(c) At trial ___N/A___

(d) At sentencing ___MR. WILLIAM J. OWEN   1401  21st  STREET  RM 400___
___SACRAMENTO, California 95814___

(e) On appeal ___N/A___

(f) In any post-conviction proceeding ___N/A___

(g) On appeal from any adverse ruling in a post-conviction proceeding ___N/A___

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒
(a) If so, give name and location of court which imposed sentence to be served in the future: _____

___N/A___

(b) Give date and length of the above sentence: ___N/A___

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed

___JAN. 2  2008___
(date)

_Alfred R. Sosa_
Signature of Petitioner

(7)

ALFRED R. SOSA   IN PRO SE

# PROOF OF SERVICE BY MAIL

I AM A RESIDENT OF PELICAN BAY STATE PRISON IN the
COUNTY OF DEL NORTE CALIFORNIA. I AM OVER the age of 18.
My RESIDENT address is:   ALFRED R-SOSA #C44192
                         P.O. BOX 7500-D4-101
                         CRESCENT City, Cal. 95531

ON JAN/1 2008, I SERVED the petition under 28 U.S.C.
§ 2254 writ OF HABEAS CORPUS AS REQUIRED by institutional
Legal MAIL SERVICE to be mailed to:  SUPREME COURT CALIFORNIA
                                    OFFICE OF THE CLERK
                                    350 MCALLISTER ST. RM 1295
                                    SAN. FRANCISCO, Cal. 94102

                                    CALIFORNIA ATTORNEY GENERAL
                                    P.O. BOX 944255
                                    SACRAMENTO, Cal. 94244

I declare under penalty of perjury THAT THE foregoing
is true and correct.
EXECUTED ON JAN/1 2008, AT PELICAN BAY STATE PRISON

                         Alfred R. Sosa
                         ALFRED R. SOSA
                         IN PRO SE

**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

Office of the Clerk

501 "I" Street

Sacramento, CA 95814

Victoria C. Minor

Clerk of Court

Divisional Office

2500 Tulare Street

Fresno, CA 93721

**January 14, 2008**

**Case Number:**   **2:08-CV-00100-LEW-DAD**

**Case Title:**   **ALFRED R SOSA,**                              vs.   **R. HOREL,**

Dear Litigant,

You are hereby notified that the above case number has been assigned to your action. You are to include the complete case number on all documents sent to the court for filing in this case. Failure to do so results in delayed processing of your documents.

All matters in this action shall be sent to the following address until further notice:

Office of the Clerk

United States District Court

Eastern District of California

501 "I" Street , Suite 4-200

Sacramento, CA 95814

For timely processing of your pleadings or correspondence, please comply with our Local Rules of Court, in particular:

**Local Rule 5-133**   The court requires an original plus one copy of each document sent for filing. If you desire to receive a conformed copy for your records, you must send an original and two copies of your document and a pre-addressed postage-paid envelope for us to return your copy to you.

**Local Rule 5-135**   Once the defendant(s) have served a responsive pleading, you are under an ongoing duty to serve them with copies of all documents you submit to the court. A proof of service shall be attached to the original of any document lodged or filed with the court, showing the date, manner and place of service. A sample proof of service is attached.

**Local Rule 7-130**   Documents submitted to the court must be legible, on 8-½ " x 11" paper, with writing on one (1) side of the page only. Each separate document must be stapled at the top left corner and pre-punched with two (2) holes centered 2-¾" apart, ½" from the top edge of the page. Each page should be numbered consecutively at the bottom.

**Local Rule 7-132**   Every document submitted to the court must include your name, address and prisoner identification number in the upper left hand corner of the first page. The caption on the first page must include the title of this court, the title of the action, the case number assigned to this action (including all initials and letters that follow the number), and the title of your document. If you are pursuing more than one action in this court, you must submit a separate original document and the appropriate number of copies for each action in which you want the document filed.

**Local Rule 6−142**  A request for extension of time must state the reason an extension is needed. A request for extension of time should be filed before the deadline in question.

**Local Rules 30−250, 33−250, 34−250 and 36−250**  Discovery requests or responses should not be submitted to the court unless they are relevant and necessary to support or oppose a motion at issue before the court.

**Local Rule 83−182**  Each party appearing in propria persona is under a continuing duty to notify the Clerk and all other parties of any change of address.

**Other Provisions:**

**Request for Case Status**  The court will notify you as soon as any action is taken in your case. Due to the large number of civil actions pending before the court, THE CLERK IS UNABLE TO RESPOND IN WRITING TO INDIVIDUAL INQUIRES REGARDING THE STATUS OF YOUR CASE. As long as you keep the court apprised of your current address, you will receive all court decisions which might affect the status of your case.

**Copy Work**  The Clerk's Office does not provide copies of documents to parties. Copies of documents may be obtained from Attorney's Diversified Service (ADS) by writing to them at: 1424 21st Street, Sacramento, CA 95814, or by phoning 916−441−4396 or 916−441−4466. The court will provide copies of docket sheets at $0.50 per page. **Note: In Forma Pauperis** status does not include the cost of copies.

> Victoria C. Minor
> Clerk of Court
> United States District Court
>
> by: /s/ M. Plummer
> Deputy Clerk

The following is a sample Proof of Service.   Pursuant to Rule 5 of the F.R.Cv.P. and Local
Rule 5-135, each document filed after the court orders service in your case shall be served on
opposing counsel and a proof of service attached to your document filed with the court.

---

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

(Case Title)

Plaintiff or Petitioner

V.                                                      Case Number: 2:99-CV-99999 ABC DFG
                                                        (example case no.)

Defendant or Respondent

**SAMPLE PROOF OF SERVICE**

./

I hereby certify that on      (Date)                                      , I served a copy

of the attached      (Title of Document Served and Filed)                                ,

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said

enevelope in the United States Mail at      (Location of Mailing)                          :

**(List Name and Address of Each Defendant or Attorney Served)**

I declare under penalty of perjury that the foregoing is true and correct.

(Name of Person Completing Service)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

__ALFRED R SOSA,_____

Plaintiff(s)/Petitioner(s),

vs.

CASE NO. __2:08–CV–00100–LEW–DAD_____

__R. HOREL,_____

Defendant(s)/Respondents(s).

__IMPORTANT__
__IF YOU CHOOSE TO CONSENT OR DECLINE TO CONSENT TO JURISDICTION OF__
__A UNITED STATES MAGISTRATE JUDGE, CHECK AND SIGN THE APPROPRIATE__
__SECTION OF THIS FORM AND RETURN IT TO THE CLERK'S OFFICE.__

☐    __CONSENT__ TO JURISDICTION OF
UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C Sec. 636(c)(1), the undersigned
hereby voluntarily consents to have a United States Magistrate Judge conduct all further
proceedings in this case, including trial and entry of final judgment, with direct review by the
Ninth Circuit Court of Appeals, in the event an appeal is filed.

Date: _____    Signature: _____

Print Name: _____
( ) Plaintiff/Petitioner  ( ) Defendant/Respondent
( ) Counsel for *_____

☐    __DECLINE__ OF JURISDICTION OF
UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, U.S.C. Sec 636(c)(2), the undersigned acknowledges the
availability of a United States Magistrate Judge but hereby declines to consent.

Date: _____    Signature: _____

Print Name: _____
( ) Plaintiff/Petitioner  ( ) Defendant/Respondent
( ) Counsel for *_____

*If representing more than one party, counsel must indicate name of each party responding.*

## NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE

## TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS

You are hereby notified in accordance with 28 U.S.C §636(c), F.R.Civ.P.73 and Local Rule 73-305, the United States Magistrate Judges sitting in Sacramento and Fresno are available to exercise the court's case dispositive jurisdiction and to conduct any or all case despositive proceedings in this action, including motions to dismiss, motions for summary judgment, a jury or nonjury trial, and entry of a final judgment. Exercise of this jurisdiction by a Magistrate Judge is however, permitted only if all parties voluntarily consent. You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's case dispositive jurisdiction from being exercised by a Magistrate Judge.

Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United States Court of Appeals for the Ninth Circuit or, where appropriate, for the Federal Circuit in the same manner as an appeal from any other judgment of a District Court.

Whether or not the parties consent to pursuant to 28 U.S.C. § 636(c) the assigned Magistrate Judge will hear all motions except those case dispositive motions set forth in 28 U.S.C. § 636(b)(1)(A).

A copy of the Form for "Consent to / Decline of Jurisdiction of United States Magistrate Judge" is attached hereto for pro per use and attorney information. This form is available in fillable .pdf format on the court's web site at www.caed.uscourts.gov for all attorney ECF filers. This form may be filed through CM/ECF or by pro se litigants at the appropriate Clerk's Office location.

Office of the Clerk                          Office of the Clerk

501 I Street, Room 4-200                      2500 Tulare Street , Suite 1501

Sacramento, CA 95814                          Fresno, CA 93721

ALFRED R. SOSA #C44192
P.O. BOX 7500-D4-101
Crescent City, Cal. 95531
IN PRO SE

**FILED**

FEB 1 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ALFRED R. SOSA
PETITIONER

V        ET. AL.
R. HOREL, WARDEN
RESPONDENT

No. 2:08-CV-00100-LEW-DAD

CONSENT to Jurisdiction of
UNITED STATES Magistrates Judge

IN ACCORDANCE with the PROVISIONS OF TITLE 28, U.S.C. SEC. 636 (C)(1), the undersigned hereby VOLUNTARILY CONSENTS to have a UNITED STATES MAGISTRATE Judge CONDUCT ALL FURTHER PROCEEDINGS IN this CASE, including TRAIL AND ENTRY OF FINAL judgment, with direct REVIEW by the NINTH CIRCUIT COURT of APPEAL IN the EVENT AN APPEAL is FILED.

Dated JAN. 20, 2008

_Alfred R. Sosa_
ALFRED R. SOSA
PETITIONER
IN PRO SE

(1)

ALFRED R. SOSA   IN PRO SE          No. 2:80-CV-00100-LEW-DAD

   I declare under penalty of perjury that the foregoing is true and correct.

Dated JAN. 20, 2008          Alfred R. Sosa
                             ALFRED R. SOSA
                             Petitioner
                             IN PRO SE

(2) of (2)

ALFRED R. SOSA #C44192
P.O. BOX 7500 - D4-101
CRESCENT CITY, CAL. 95531
IN PRO SE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED R. SOSA<br>Petitioner<br><br>V.    ET, AT.<br>R. HOREL, WARDEN<br>RESPONDENT | No. 2:80 - CV- 00100 - LEW - D AD<br><br>PROOF OF SERVICE |

I, hereby certify that on JAN. 20, 2008, I SERVED A
COPY OF THE ATTACHED "CONSENT to JURISDICTION of
UNITED STATES MAGISTRATE Judge" by placing A copy IN
A postage paid ENVELOPE addressed to this PERSON(S)
HEREIN AFTER Listed by dispositing said ENVELOPE IN
the UNITED STATES mail AS REQUIRED by PELICAN BAY
STATE PRISON LEGAL MAILING SERVICE.

CALIFORNIA ATTORNEY GENERAL          R. HOREL, WARDEN
P.O. BOX 944255                      PELICAN BAY STATE PRISON
SACRAMENTO, CALIFORNIA 94244         P.O. BOX 7000
                                     CRESCENT CITY, Cal. 95532

(1) OF (2)

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ALFRED R. SOSA,

11              Petitioner,                 No. CIV S-08-0100 LEW DAD P

12        vs.

13   R. HOREL, Warden,

14              Respondent.                 ORDER

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254, challenging a Board of Parole Hearings' decision

18   denying him parole, together with an application to proceed in forma pauperis.

19          At the time the instant action was filed, petitioner was confined at Pelican Bay

20   State Prison in Crescent City, California, located within the jurisdictional boundaries of the

21   Northern District. He remains confined at that institution at this time. The proper venue for a

22   habeas challenge to a state parole decision is the district of the petitioner's incarceration at the

23   time the petition is filed.

24   /////

25   /////

26   /////

                                                    1

1          Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this

2    matter is transferred to the United States District Court for the Northern District of California.

3    DATED: January 18, 2008.

4

5                                                    _Dale A. Drozd_

6                                                    DALE A. DROZD
                                                     UNITED STATES MAGISTRATE JUDGE

7    DAD:9
     sosa0100.108a
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                                2

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**FILED**

JAN 14 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

ALFRED R. SOSA
_____Petitioner_____

vs.

MR. R. HOREL, WARDEN
_____Respondent(s)_____

**APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER**

**CASE NUMBER:** 08-CV-100 LEW DAD P

I, ALFRED R. SOSA _____, declare that I am the petitioner in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the petition.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated:   ☒ Yes    ☐ No (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration. PELICAN BAY STATE PRISON, CRESCENT City, CA.

   **Have the institution fill out the Certificate portion of this application.**

2. Are you currently employed?    ☐ Yes    ☒ No

   a.  If the answer is "Yes" state the amount of your pay.

   b.  If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment      ☐ Yes    ☒ No

   b. Rent payments, interest or dividends               ☐ Yes    ☒ No

   c. Pensions, annuities or life insurance payments     ☐ Yes    ☒ No

   d. Disability or workers compensation payments        ☐ Yes    ☒ No

   e. Gifts or inheritances                              ☒ Yes    ☐ No  $150.00 Friend

   f. Any other sources                                  ☒ Yes    ☐ No  SAME AS e.

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received **and** what you expect you will continue to receive. Please attach an additional sheet if necessary.

ifpform.hab (rev. 7/02)

4. Do you have cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ☐ Yes    ☒ No

   If "Yes" describe the property and state its value. _____

6. Do you have any other assets?    ☐ Yes    ☒ No

   If "Yes" list the asset(s) and state the value of each asset listed.

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.    N|A

   I declare under penalty of perjury that the above information is true and correct.

JAN 2, 2008                alfred R. Sosa
DATE                       SIGNATURE OF APPLICANT

### CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $_____ on account to his/her credit at

_____ (name of institution).  I further certify that during the past six months

the applicant's average monthly balance was $_____.  I further certify that during the past six months the

average of monthly deposits to the applicant's account was $_____.

_____        _____
DATE                             SIGNATURE OF AUTHORIZED OFFICER

ifpform.hab (rev. 7/02)

CLOSED, HABEAS

## U.S. District Court
## Eastern District of California - Live System (Sacramento)
## CIVIL DOCKET FOR CASE #: 2:08-cv-00100-LEW-DAD

| | |
|---|---|
| (HC)Sosa v. Horel et al | Date Filed: 01/14/2008 |
| Assigned to: Senior Judge Ronald S.W. Lew | Date Terminated: 01/22/2008 |
| Referred to: Magistrate Judge Dale A. Drozd | Jury Demand: None |
| Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: Federal Question |

**Petitioner**

**Alfred R Sosa**                    represented by **Alfred R Sosa**
                                     C-44192
                                     Pelican Bay State Prison
                                     PO Box 7500
                                     Crescent City, CA 95531
                                     PRO SE

V.

**Respondent**

**R. Horel**

**Respondent**

**Jerry Brown**
*Attorney General*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/14/2008 | 1 | PETITION for WRIT of HABEAS CORPUS by Alfred R Sosa.(Plummer, M) (Entered: 01/14/2008) |
| 01/14/2008 | 2 | APPLICATION to proceed in forma pauperis by Alfred R Sosa. (Plummer, M) (Entered: 01/14/2008) |
| 01/14/2008 | 3 | PRISONER NEW CASE DOCUMENTS ISSUED; (Attachments: # 1 Consent Forms) (Plummer, M) (Entered: 01/14/2008) |
| 01/14/2008 | | SERVICE BY MAIL: 3 Prisoner New Case Documents for LEW served on Alfred R Sosa. (Plummer, M) (Entered: 01/14/2008) |
| 01/22/2008 | 4 | ORDER, CASE TRANSFERRED to District of Northern District of California signed by Magistrate Judge Dale A. Drozd on 1/18/08. Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED. (Duong, D) (Entered: 01/22/2008) |
| 01/22/2008 | | SERVICE BY MAIL: 4 Order, Case Transferred Out to Another District served on Alfred R Sosa. (Duong, D) (Entered: 01/22/2008) |
| 01/22/2008 | 5 | TRANSMITTAL of DOCUMENTS re 4 Order, Case Transferred Out to Another District on *1/22/2008* to * Northern District of California* *450 Golden Gate Avenue* *PO Box 36060* *San Francisco, CA 94102*. *Electronic Documents: 1 to 4. *. (Duong, D) (Entered: 01/22/2008) |

| 02/01/2008 | 6 | [DISREGARD] CONSENT to JURISDICTION by US MAGISTRATE JUDGE by petitioner Alfred R Sosa. (Marciel, M) Modified on 2/5/2008 (Marciel, M). (Entered: 02/04/2008) |
| 02/05/2008 | 7 | CLERK'S NOTICE of DOCKET CORRECTION: 6 Consent to Jurisdiction by US Magistrate Judge by petitioner Alfred R. Sosa shall be DISREGARDED - case transferred to Northern District of CA. (Marciel, M) (Entered: 02/05/2008) |

<table>
<tr><td colspan="4"><strong>PACER Service Center</strong></td></tr>
<tr><td colspan="4"><strong>Transaction Receipt</strong></td></tr>
<tr><td colspan="4">02/05/2008 14:18:29</td></tr>
<tr><td><strong>PACER Login:</strong></td><td>us4077</td><td><strong>Client Code:</strong></td><td></td></tr>
<tr><td><strong>Description:</strong></td><td>Docket Report</td><td><strong>Search Criteria:</strong></td><td>2:08-cv-00100-LEW-DAD</td></tr>
<tr><td><strong>Billable Pages:</strong></td><td>1</td><td><strong>Cost:</strong></td><td>0.08</td></tr>
</table>