ALFRED R. SOSA #C44192
P.O. BOX 7500-D4-101
CRESCENT City, Cal. 95531
IN PRO SE



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

E-filing

ALFRED R. SOSA      ) No      CV 08      0717
Petitioner          )        CLARIFICATION              MHP
                    )        (FILING FEE)
On HABEAS CORPUS    )                                   (PR)

✓ ON OR ABOUT JAN. 2d, 2008, petitioner requested Pelican Bay State Prison to withdrawl and mail to the UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA five (5) Dollars ($5.00) FOR Filing Fee.

ON JAN. 12, 2008, petitioner recieved the Pelican Bay State Prison Monthly Inmate Trust Account Statement, For the period DEC. 2007 thru JAN. 8, 2008.

Enclosed is petitioner's Trust Account Statement. Filing fee will not be sent because of petitioner's indigence.

DATED JAN. 13, 2008.

Respectfully
Alfred R. Sosa
ALFRED R. SOSA
IN PRO SE

```
REPORT ID: TS3030  .701                                    REPORT DATE: 01/08/08
                                                           PAGE NO:           1
```

```
REPORT ID: TS3030  .701                                    REPORT DATE: 01/08/08
                                                           PAGE NO:           1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                            PELICAN BAY STATE PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: DEC. 01, 2007 THRU JAN. 08, 2008
```

ACCOUNT NUMBER  : C44192                    BED/CELL NUMBER: DF04L 000000101L
ACCOUNT NAME    : SOSA, ALFRED RICHARD      ACCOUNT TYPE: I
PRIVILEGE GROUP: D

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 12/01/2007 | | BEGINNING BALANCE | | | | | 47.70 |
| 12/04 | FC05 | DRAW-FAC 5 | 2415 D4 | | | 32.00 | 15.70 |
| 12/27 | W502 | POSTAGE CHARG | 2720 | | | 2.89 | 12.81 |
| 12/31 | FR01 | CANTEEN RETUR | 702748 | | | 7.00- | 19.81 |
| ACTIVITY FOR 2008 | | | | | | | |
| 01/03 | W512 | LEGAL POSTAGE | 2795 | | | 0.41 | 19.40 |
| 01/03 | W512 | LEGAL POSTAGE | 2795 | | | 0.41 | 18.99 |
| 01/03 | W512 | LEGAL POSTAGE | 2795 | | | 0.41 | 18.58 |
| 01/03 | FC05 | DRAW-FAC 5 | 2810 D-4 | | | 18.58 | 0.00 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 47.70 | 0.00 | 47.70 | 0.00 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
----------
     0.00
----------

Case 3:08-cv-00717-MHP   Document 2   Filed 01/30/2008   Page 2 of 2