RECEIVED

FEB 3 2003

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

FEB X 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number:_____

## CERTIFICATION OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account

statement showing transactions of <u>Alfred Richard Sosa</u>   for the last six months at

<u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the

most recent 6-month period were $25.00 and the average balance in the prisoner's account each

month for the most recent 6-month period was $48.99.      (20%= $9.80)

Dated: __1/15/08__                          _____
                                            Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 1-15-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE

CALIFORNIA DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 15, 2008

ACCOUNT NUMBER : C44192                    BED/CELL NUMBER: DF04L 000000101L
ACCOUNT NAME   : SOSA, ALFRED RICHARD      ACCOUNT TYPE: I
PRIVILEGE GROUP: D

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 07/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 10/11 | D300 | CASH DEPOSIT | 1708 #71 | | 150.00 | | 150.00 |
| 10/16 | W512 | LEGAL POSTAGE | 1773 | | | 1.48 | 148.52 |
| 10/16 | W512 | LEGAL POSTAGE | 1773 | | | 4.90 | 143.62 |
| 10/16 | W516 | LEGAL COPY CH | 1789 | | | 17.90 | 125.72 |
| 10/16 | W516 | LEGAL COPY CH | 1789 | | | 2.10 | 123.62 |
| 11/05 | W516 | LEGAL COPY CH | 2027 | | | 27.40 | 96.22 |
| 11/05 | FC05 | DRAW-FAC 5 | 2045  D-4 | | | 45.00 | 51.22 |
| 11/06 | W512 | LEGAL POSTAGE | 2102 | | | 4.90 | 46.32 |
| 11/06 | W512 | LEGAL POSTAGE | 2102 | | | 4.60 | 41.72 |
| 11/06 | W512 | LEGAL POSTAGE | 2102 | | | 1.31 | 40.41 |
| 11/30 | FR01 | CANTEEN RETUR | 702364 | | | 7.29- | 47.70 |
| 12/04 | FC05 | DRAW-FAC 5 | 2415 D4 | | | 32.00 | 15.70 |
| 12/27 | W502 | POSTAGE CHARG | 2720 | | | 2.89 | 12.81 |
| 12/31 | FR01 | CANTEEN RETUR | 702748 | | | 7.00- | 19.81 |
| ACTIVITY FOR 2008 | | | | | | | |
| 01/03 | W512 | LEGAL POSTAGE | 2795 | | | 0.41 | 19.40 |
| 01/03 | W512 | LEGAL POSTAGE | 2795 | | | 0.41 | 18.99 |
| 01/03 | W512 | LEGAL POSTAGE | 2795 | | | 0.41 | 18.58 |
| 01/03 | FC05 | DRAW-FAC 5 | 2810 D-4 | | | 18.58 | 0.00 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 0.00 | 150.00 | 150.00 | 0.00 | 0.00 | 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF CORRECTIONS

BY _____
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
----------------
        0.00
----------------
----------------

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**501 "I" Street**
**Sacramento, CA 95814**

Northern District of California
450 Golden Gate Avenue
PO Box 36060
San Francisco, CA 94102

RE:          **ALFRED R SOSA vs.  R. HOREL**
USDC No.:    **2:08–CV–00100–LEW–DAD**

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated
January 22, 2008 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 4.**

Documents maintained electronically by the district court are accessible through
PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

                             Very truly yours,

**January 22, 2008**           /s/  **D. Duong**
                             _____
                             Deputy Clerk

RECEIVED BY:
                             _____
                             Please Print Name

DATE RECEIVED:
                             _____

NEW CASE
NUMBER:                      _____