ALFRED R. SOSA #C44192
P.O. BOX 7500-D4-101
CRESCENT CITY, CAL. 95531
IN PRO SE

FILED
FEB x 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ALFRED R. SOSA
   Petitioner
V.
R. HOREL, WARDEN ET AL,
   RESPONDENT

CASE NO

SUPPLEMENT

(U.S. EASTERN DIST. CT.
CASE NO. 2:80-CV-00100-LEW-DAD)

C08-717 MHP

1.
Petitioner is presently in custody at Pelican Bay State Prison by R. Horel, Warden, for violation of Cal. Pen. Code §187 (murder). The crime was committed Feb. 1977, petitioner was charged in April 1977, and has been in custody since March 25, 1977.

2
Petitioner acknowledges of the Magistrate Dale A. Drozd Order of Jan. 18, 2008, to transfer this petition for writ of habeas corpus application to the United States Northern District Court of California pursuant to 28 U.S.C. § 2241(d) (concurrent jurisdiction).

(1)

ALFRED R. SOSA IN PRO SE

3

Supplement is required due to Honorable DALE A. DROZD, Magistrate of UNITED STATES EASTERN DISTRICT Court of CALIFORNIA finding of Petition for writ of HABEAS CORPUS application pursuant 28 U.S.C. § 2254, "Challenging a Board of parole hearing decision denying him parole."

4

This petition is a request that the CALIFORNIA DEPARTMENT OF CORRECTIONS AND Rehabilitation to comply with NEW Rule, Regulation of ANNUAL parole consideration hearing. New Law of CALIFORNIA Code of Regulation TITLE 15 § 2306(b) "Scheduling. This hearing shall be scheduled 12 months after the most recent hearing and annually thereafter."

5.

The CALIFORNIA DEPARTMENT OF CORRECTIONS AND Rehabilitation CLAIM of CAL. PEN. Code § 1170 applies, but see CALIFORNIA Code of REGULATION TITLE 15 § 2292(a) "RETROACTIVITY General. ALL life prisoners committed to state prison for crimes, committed prior to July 1, 1977, shall be heard in accordance with rules in effect to 7/1/77..."

(2)

ALFRED R. SOSA    IN PRO SE

6

These new rules and regulation and law shows a clear present duty of the California Department of Corrections and Rehabilitation and Board of Parole Hearing to comply with annual parole hearing.

7.

This hearing should be available by statute, California Department of Corrections and Rehabilitation internal rules regulation and due process. It is necessary to resolve when deprivation of interest encompassed by Fourteenth Amendment's protection of liberty interest.

Dated January 27, 2008

*alfred R. Sosa*
ALFRED R. SOSA
IN PRO SE

(3)

ALFRED R. SOSA #C44192
P.O. BOX 7500-D4-101
CRESCENT City, Cal. 95531
IN PRO SE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ALFRED R. SOSA
Petitioner

V.

R. HOREL, WARDEN ET. AL.
RESPONDENT

CASE No.

PROOF OF SERVICE

(U.S. EASTERN DIST. CT.
CASE NO. 2:80-CV-00100-LEW-DAD)

I HEREby certify that on JAN 28, 2008 I SERVED A copy OF THE ATTACHED "SUPPLEMENT" by placing a copy in a postage paid envelope addressed to the persons herein after listed by disposting said envelope in the UNITED STATES MAIL as required by Pelican Bay State Prison Legal Mailing Service.

CALIFORNIA ATTORNEY GENERAL
P.O. BOX 944255
SACRAMENTO, Cal. 944244

R. HOREL, WARDEN
P.O. BOX 7000
CRESCENT City, Cal. 95532

I declare under penalty of perjury that the foregoing is true and correct.

DATED JAN 28, 2008

Alfred R. Sosa
ALFRED R. SOSA
IN PRO SE