ALFRED R. SOSA #C44192
P.O. BOX 7500-D4-101
CRESCENT CITY CAL. 95531
IN PRO SE

FILED
FEB 22 PM 1:26
[court stamp]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ALFRED R. SOSA

      Plaintiff,

vs.

R. HOREL, WARDEN, ET. AL

      Defendant.

CASE NO. CV-08-0717 MHP(PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, ALFRED R. SOSA, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __N/A__   Net: __N/A__

Employer: __N/A__

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. CV-08-0717 MHP(PR)    - 1 -

1  and wages per month which you received.  (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _1977  GET GOING  DRUG COUNSELOR_
4  _127 UTAH ST._
5  _Los Angeles Calif. (HALFWAY HOUSE)_
6  2.  Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8     a.  Business, Profession or                          Yes ___ No _X_
9         self employment
10    b.  Income from stocks, bonds,                       Yes ___ No _X_
11        or royalties?
12    c.  Rent payments?                                   Yes ___ No _X_
13    d.  Pensions, annuities, or                          Yes ___ No _X_
14        life insurance payments?
15    e.  Federal or State welfare payments,               Yes ___ No _X_
16        Social Security or other govern-
17        ment source?
18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____N/A_____
21  _____
22  3.  Are you married?                                   Yes ___ No _X_
23  Spouse's Full Name: _____N/A_____
24  Spouse's Place of Employment: _N/A_____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____N/A_____ Net $___N/A_____
27  4.  a.  List amount you contribute to your spouse's support : $ ___N/A___
28      b.  List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. CV-08-0717 MHP(PR) - 2 -

1     and indicate how much you contribute toward their support. (NOTE: For minor
2     children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3     N/A
4
5  5.    Do you own or are you buying a home?    Yes ___ No _X_
6     Estimated Market Value: $ N/A     Amount of Mortgage: $ N/A
7  6.    Do you own an automobile?    Yes ___ No _X_
8     Make N/A     Year N/A     Model N/A
9     Is it financed? Yes N/A No ___ If so, Total due: $ N/A
10    Monthly Payment: $ N/A
11  7.    Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
12    Name(s) and address(es) of bank: N/A
13
14    Present balance(s): $ N/A
15    Do you own any cash? Yes ___ No _X_ Amount: $ N/A
16    Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17    market value.) Yes ___ No _X_
18
19  8.    What are your monthly expenses?
20    Rent: $ N/A     Utilities: N/A
21    Food: $ N/A     Clothing: N/A
22    Charge Accounts:
23    Name of Account    Monthly Payment    Total Owed on This Acct.
24    _____   $_____   $_____
25    N/A   $ N/A   $ N/A
26    _____   $_____   $_____
27  9.    Do you have any other debts? (List current obligations, indicating amounts and to whom
28    they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. CV-08-0717 MHP(PR) - 3 -

1  _____ N/A _____

2  _____

3  10.  Does the complaint which you are seeking to file raise claims that have been presented in

4  other lawsuits?                                         Yes ___  No  X

5  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which

6  they were filed.

7  _____ N/A _____

8  _____

   I consent to prison officials withdrawing from my trust account and paying to the court the
initial partial filing fee and all installment payments required by the court.

   I declare under the penalty of perjury that the foregoing is true and correct and understand
that a false statement herein may result in the dismissal of my claims.

FED 11, 2008                              Alfred R. Sosa
_____                           _____
    DATE                                    SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. CV-08-0717 MHP(PR)   - 4 -

1
2                                                   Case Number: 3:08-CV-08-0717MHP (PR)
3
4
5
6
7
8
9                              CERTIFICATE OF FUNDS
10                                         IN
11                             PRISONER'S ACCOUNT
12
13        I certify that attached hereto is a true and correct copy of the prisoner's trust account
14   statement showing transactions of ALFRED R. SOSA _____ for the last six months at
15                                    [prisoner name]
16   PELICAN BAY STATE PRISON _____ where (s)he is confined.
17         [name of institution]
18        I further certify that the average deposits each month to this prisoner's account for the most
19   recent 6-month period were $ _   w.1c      verage balance in the prisoner's account
20   each month for the most recent       c/          _____.
21
22   Dated:_____                    _____
23                                       [Authorized officer of the institution]
24
25
26
27
28

- 5 -

CASE: 3:08-CV-08-0717-MHP (PR)
ALFRED R. SOSA #C44192
P.O. BOX 7500-D4-101
CRESCENT CITY, CAL. 95531
IN PRO-SE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED R. SOSA<br>Petitioner<br>V.<br>R. HOREL, WARDEN, ET. AL<br>Respondent | CASE No. CV-08-0717 MHP (PR)<br><br>PROOF OF SERVICE |

I HEREBY CERTIFY that on FEB 15, 2008, I SERVED A COPY OF THE ATTACHED "PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS" by placing a copy in a postage paid envelope addressed to the person's HEREIN AFTER LISTED by dispositing said envelope in the UNITED STATES MAIL AS REQUIRED by PELICAN BAY STATE PRISON LEGAL MAIL SERVICE.

OFFICE OF ATTORNEY GENERAL
C/o 450 GOLDEN GATE AVE.
SAN FRANCISCO, Calif. 94102

R. HOREL, WARDEN
P.O. BOX 7000
CRESCENT City, Cal. 95531

I declare under penalty of perjury that the foregoing is true and correct.

DATED FEB. 15 2008

_alfred R. Sosa_
ALFRED R. SOSA
IN PRO SE

-6-

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT D-4

TO: Law Library

FROM: Sosa #C4419-D4-101 (Case No 3:08-CV-08-0717MHP(PR))

SUB: AUTHORIZATION

I NEED A LAW LIBRARY OFFICER TO CERTIFY MY TRUST ACCOUNT FUNDS. (SEE page 5 of Application of IN FORMA pauperis)

THANKing you in advance.

Dated 2/11/08

Alfred R. Sosa
ALFRED R. SOSA
IN PRO SE

CC: file

FRED R. SOSA # C44192
P. BOX 7500-D4-101
CRESCENT CITY, CAL. 95531

Confidential
Legal
Mail

CLERK U.S. DISTRICT Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

02 1M
0004217666
MAILED FROM ZIP CODE 95531
UNITED STATES POSTAGE
$01.31⁰
PITNEY BOWES
FEB 20 2008



LTA DePew                    2-15-08