ALFRED R. SOSA #C44192
P.O. BOX 7500-D4-101
CRESCENT City, Cal. 95531
IN PRO SE

C08-717 MHP

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED R. SOSA<br>Petitioner<br>V ET. AL.<br>R. HOREL, WARDEN<br>RESPONDENT | No. 2:08-CV-00100-LEW-DAD<br><br>CONSENT to Jurisdiction of UNITED STATES Magistrates Judge |

IN ACCORDANCE with the provisions of TITLE 28, U.S.C. SEC. 636(c)(1), the undersigned hereby voluntarily consents to have a UNITED STATES MAGISTRATE Judge conduct ALL further proceedings in this case, including trail and entry of FINAL judgment, with direct REVIEW by the Ninth CIRCUIT Court of APPEAL IN the EVENT AN APPEAL is filed.

Dated JAN. 20, 2008

*Alfred R. Sosa*
ALFRED R. SOSA
Petitioner
IN PRO SE

**RECEIVED**
FEB 1 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

(1)

ALFRED R. SOSA #C44192
P.O. BOX 7500- D4-101
CRESCENT City, CAL. 95531
IN PRO SE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED R. SOSA<br>Petitioner<br>V.              ET, AT.<br>R. HOREL, WARDEN<br>Respondent | No. 2:80-CV-00100-LEW-DAD<br><br>PROOF OF SERVICE |

I, hereby certify that on JAN. 20, 2008, I SERVED A COPY OF THE ATTACHED "CONSENT to Jurisdiction of UNITED STATES MAGISTRATE Judge" by placing A copy in A postage paid ENVELOPE addressed to the PERSON(S) hereinafter listed by dispositing said envelope in the UNITED STATES MAIL AS REQUIRED by PELICAN BAY STATE PRISON LEGAL MAILING SERVICE.

CALIFORNIA ATTORNEY GENERAL
P.O. BOX 944255
SACRAMENTO, CALIFORNIA 94244

R. HOREL, WARDEN
PELICAN BAY STATE PRISON
P.O. BOX 7000
CRESCENT City, Cal. 95532

(1) OF (2)

ALFRED R. SOSA IN PRO SE            No. 2:80-CV-00100-LEW-DAD

I declare under penalty of perjury that the foregoing is true and correct.

Dated JAN. 20, 2008

*Alfred R. Sosa*
ALFRED R. SOSA
Petitioner
IN PRO SE

(2) of (2)

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

Northern District of California
450 Golden Gate Avenue
PO Box 36060
San Francisco, CA 94102


RE:       ALFRED R SOSA vs. R. HOREL
USDC No.:  2:08−CV−00100−LEW−DAD

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated January 22, 2008 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 4.**

    Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.


                      Very truly yours,

**January 22, 2008**        /s/ **D. Duong**
                      Deputy Clerk

RECEIVED BY: _____
                      Please Print Name

DATE RECEIVED: _____

NEW CASE
NUMBER: _____

UNITED STATES COURTS
OFFICE OF THE CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA 501 I ST., STE 4-200
SACRAMENTO, CALIFORNIA 95814-2322

OFFICIAL BUSINESS

**RECEIVED**
FEB - 7 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA



Transfer
Pro Se

$00.41
US POSTAGE
Mailed From: 95814
02/05/2008
049J82023891