ALFRED R. SOSA #C44192
P.O. BOX 7500-D4-101
CRESCENT CITY, Cal. 95531
IN PRO SE


FILED
08 FEB 19 PH 1:24
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DICTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED R. SOSA<br>   PETITIONER<br>   V<br>R. HOREL, WARDEN, ET. AL.<br>   RESPONDENT | CASE No CV-08-0717 MHP (PR)<br><br>NOTICE OF FILING FEE AND<br>CERTIFICATION |

ON FEB. 11, 2008 petitioner initiated request of PELICAN BAY STATE PRISON to process a "CERTIFICATION". Which will show petitioner is without funds and can not pay filing fee.

I declare under the penalty of perjury THAT THE FOREgoing is true and correct.

Dated FEB. 11, 2008

Alfred R. Sosa
ALFRED R. SOSA
IN PRO SE