ALFRED R. SOSA #C44192
P.O. BOX 7500-D4-101
CRESCENT CITY, CAL. 95531
IN PRO SE

FILED
08 MAR 21 PM 1:53
[CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA]

RECEIVED
MAR 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ALFRED R. SOSA
  Petitioner
v.
R. HOREL, WARDEN, ET. AL.
  RESPONDENT

No. CV-08-0717-MHP (PR)

NOTICE RE FILING FEE

ON MARCH 13, 2008, petitioner became aware funds were sent and placed in petitioner's trust account.

ON MARCH 16, 2008, petitioner requested PELICAN BAY STATE PRISON to withdrawal and mail to the UNITED STATES NORTHERN DISTRICT COURT OF CALIFORNIA FIVE (5) dollars for filing fee.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED MARCH 16, 2008

Alfred R. Sosa
ALFRED R. SOSA
IN PRO SE

ALFRED R. SOSA #C44192
P.O. BOX 7500-D4-101
CRESCENT City, Cal. 95531

Confidential
Legal Mail

Clerk U.S. Calif Court
U.S. Northern District Court
450 Golden Gate Avenue
San Francisco, California 94102

PELICAN BAY STATE PRISON
5805 Lake Earl Dr.
Crescent City, CA 95532

PELICAN BAY STATE P[RISON]
SECURITY HOUSING
UNIT D-4



02 1M
0004217666
MAILED FROM ZIP CODE 95531
$ 00.41⁰
MAR 19 2008
PITNEY BOWES
UNITED STATES POSTAGE

*By J.Fuller 3/16*

INDICE