```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611017642
Cashier ID: almaceh
Transaction Date: 04/01/2008
Payer Name: BILL LOCKYER
------------------------------------
WRIT OF HABEAS CORPUS
 For: ALFRED SOSA
  Amount:        $5.00
------------------------------------
CHECK
 Check/Money Order Num: 150223
 Amt Tendered:   $5.00
------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

C08-0717 MHP

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

ALFRED R. SOSA #C44192
P.O. BOX 7500-D4-101
Crescent City, Cal. 95531

Confidential
Legal Mail
PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT D-4

Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California, 94102



PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

MAILED FROM ZIP CODE 95531
MAR 27 2008

*[Signature and date 3/24/08, rotated, with partial stamp reading "DATE USING UNIT"]*