UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED R. SOSA, | No. C 08-717 MHP (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| R. HOREL, warden, | |
| Respondent. | |

This action is dismissed because the petition for writ of habeas corpus fails to state a claim upon which relief may be granted.

IT IS SO ORDERED AND ADJUDGED.

DATED: July 14, 2008

Marilyn Hall Patel
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALFRED R SOSA,

          Plaintiff,

  v.

R HOREL et al,

          Defendant.

Case Number: CV08-00717 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alfred R. Sosa C-44192
Pelican Bay State Prison
D-4-101
P.O. Box 7500
Crescent City, CA 95531

Dated: July 16, 2008

          Richard W. Wieking, Clerk
          By: Anthony Bowser, Deputy Clerk