ALFRED R. SOSA # C44192
P.O. BOX 7500-D4-101
CRESCENT CITY, CAL. 95531
IN PRO SE

**FILED**
08 JUL 30 PM 12:44
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED R. SOSA<br>Petitioner<br><br>v.<br><br>JAMES TILTON, DIRECTOR<br>R. HOREL, WARDEN, ET. AL.<br>RESPONDENT | CASE No. CV-08-0717 MHP (PR)<br><br>DOCUMENTATION HOLD PLEASE<br>(NOTICE OF APPEAL) |

## REQUEST

I, ALFRED R. SOSA, WILL BE REQUESTING THE UNITED STATES NINTH CIRCUIT COURT TO REVIEW MY petition FOR LEAVE OF HABEAS CORPUS. PLEASE HOLD ALL documentation OF THIS MATTER, THE COURT MAY WISH TO REVIEW.

I, ALFRED R. SOSA, SWEAR UNDER PENALTY OF perjury THE ABOVE IS TRUE AND CORRECT. SIGNED ON July 23, 2008 / mailed

Dated July 23, 2008

RESPECTFULLY
*Alfred R. Sosa*
ALFRED R SOSA
IN PRO SE



ALFRED R. SOSA # C44192
P.O. BOX 7500-D4-101
Crescent City, Cal. 95531

Confidential
Legal

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT D-4

OFFICE OF THE CLERK, U.S. DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

MAILED FROM ZIPCODE 95531

C/o J. Dicker 7/23/08