ALFRED R. SOSA #C44192
P.O. BOX 7500-D4-101
CRESCENT CITY, Cal. 95531
IN PRO SE

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

RECEIVED
FILED
AUG 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED R. SOSA<br>  Petitioner<br>V.<br>JAMES TILTON, Director<br>R. HOREL, Warden, ET. AL<br>  Respondent | CASE No.<br>MOTION FOR EXTENSION OF TIME<br>FOR APPLICATION FOR LEAVE to<br>FILE NOTICE OF APPEAL<br><br>N.D.CT.# CV-08-0717 MHP (PR) |

## REQUEST

I, ALFRED R. SOSA (SOSA) hereto request the above entitled court to grant SOSA an extension of time to obtain the proper form(s) as may be granted pursuant to FRAP RULE 4 ET SEQQ.

SOSA, does not have NOTICE OF FIRST APPEAL FORM and is presently submitted request for the above entitled form. Due to Pelican Bay State Prison Legal Material Request and Legal photo copy service time lines will have expired.

THE NORTHERN DISTRICT COURT'S order of Dissmial was FILED July 16, 2008, and petitioner recieved on July 24,

(1)

ALFRED R. SOSA IN PRO SE                              PAGE 2

2008. THE AVERAGE TIME OF LEGAL photo copy SERVICE is About (5) days, plus (2) days to RECIEVE FORM. THE COURT Should consider at PELICAN BAY STATE PRISON NUMEROUS OF PRISONERS REQUEST LEGAL SERVICE daily.

SOSA, REQUEST EXTENSION to application FOR LEAVE to File petition of APPEAL.

Dated July 22, 2008

RESPECTFULLY
Alfred R. Sosa
ALFRED R. SOSA
IN PRO SE

(2)