UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

August 6, 2008

**CASE INFORMATION:**
Short Case Title:  ALFRED R SOSA -v- R HOREL
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: Northern District of California, Judge Marilyn H. Patel
Criminal and/or Civil Case No.:  CV 08-00717 MHP
Date Complaint/Indictment/Petition Filed: 01/30/08
Date Appealed order/judgment *entered* 07/16/08
Date NOA *filed* 07/30/08
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):      ☐ granted in full (attach order)       ☐ denied in full (send record)
                             ☐ granted in part (attach order)       ☐ pending

Court Reporter(s) Name & Phone Number:

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                              Date Docket Fee Billed: 08/06/08
Date FP granted:                                   Date FP denied:
Is FP pending? ☐ yes  Xno                          Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  x no
Companion Cases?  Please list: N/A

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:     Alfred R. Sosa              Appellee Counsel:  N/A
                       C-44192/ D-4-101
                       Pelican Bay State Prison
                       P.O. Box 7500
                       Crescent City, CA 95531

☐ retained   ☐ CJA   ☐ FPD   X Pro Se   ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                       Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                      9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Susan Imbriani
                                                    (415) 522-2061